THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SECURITY PAVING COMPANY, INC., a California corporation, <br><br> Defendant. | NO.  C20-120-JLR <br><br> JUDGMENT |

**Summary of Judgment**

Judgment Creditor:      Northwest Administrators, Inc.
Judgment Debtor:        Security Paving Company, Inc.

<u>Amounts Payable to Plaintiff Fund</u>
Liquidated Damages          $1,859.90
Attorney's Fees:               $588.00
Costs:                          $95.00
Other Recovery Amounts:     NONE
Interest Rate on Costs:      NONE
Attorneys for Judgment
   Creditor:                Reid, McCarthy, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of

JUDGMENT – C20-120-JLR
Page 1 of 2
G:\01-01999\311\Security Paving Co. 315718 10-19\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Russell J. Reid, the Declaration of James E. Helmers, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 431, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period October 2019: for liquidated damages of $1,859.90, for attorneys' fees of $588.00, and for costs of $95.00, all for a total of $2,542.90.

JUDGMENT ENTERED this 29th day of _____June_____, 2020.

_____
Hon. James L. Robart
UNITED STATES DISTRICT JUDGE

Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

JUDGMENT – C20-120-JLR
Page 2 of 2
G:\01-01999\311\Security Paving Co. 315718 10-19\Default Judgment - JUDGMENT.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925